

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00143-CV

Dennis **OLIVARES**,
Appellant

v.

**STATE FARM BANK**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 370251
Honorable Jason Pulliam, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, this appeal is DISMISSED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED November 5, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice